IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN M. ROBERTS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4098

Opinion filed June 2, 2016.

Petition for Writ of Certiorari—Original Proceeding.

David M. Robbins and Susan Z. Cohen, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

MAKAR, OSTERHAUS, and WINSOR, JJ., CONCUR.